UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>AMGEN, INC., *et al.*,<br><br>    Defendants. | No. 1:18-cv-12321-NMG |

## NOTICE OF CONSENT TO DISMISSAL

On March 11, 2021, the relator filed a Notice of Voluntary Dismissal of this action. Pursuant to the Massachusetts False Claims Act, M.G.L. c. 12, § 5C(2), the Commonwealth of Massachusetts (the "Commonwealth") hereby notifies the Court that the Attorney General of the Commonwealth consents to the dismissal of this action without prejudice to the rights of the Commonwealth.

The Commonwealth has conferred with attorneys representing each of the named plaintiff States of Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington; the Commonwealths of Massachusetts and Virginia; and the District of Columbia (hereafter the "States"). The States have indicated that they join the Commonwealth in consenting to the dismissal of this action without prejudice to the rights of the States.

                                               Respectfully submitted,
                                               COMMONWEALTH OF MASSACHUSETTS
                                               MAURA HEALEY
                                               ATTORNEY GENERAL

Dated: March 19, 2021        By:    /s/ Stephany G. Collamore
                                               STEPHANY G. COLLAMORE (BBO No. 677032)
                                             Assistant Attorney General
                                             Medicaid Fraud Division
                                             Office of the Attorney General
                                             One Ashburton Place, 18th Floor
                                             Boston, MA 02108
                                             (617) 963-2532
                                             Stephany.Collamore@mass.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2021, a copy of the foregoing "Notice of Consent to Dismissal" was filed through the court's electronic filing system. Notice of this filing will be sent to counsel of record through the court's electronic filing system and by email.

                                               /s/ Stephany G. Collamore